**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
　csanders@sanderslaw.group
Jacqueline Mandel, Esq. (Cal Bar 317119)
　jmandel@sanderslaw.group
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 127715

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dennis Clark,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Revolt Media & TV LLC,<br>GETTY IMAGES (US), INC. and<br>Agence France Presse,<br><br>　　　　Defendants. | **Case No. 2:23-cv-10497-CBM-JPR** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

//

//

//

1  DATED: March 5, 2024

SANDERS LAW GROUP

By: */s/ Jacqueline Mandel*
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.goup
File No.: 127715

*Attorneys for Plaintiff*